**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Llewellen Fernando SMITH, a/k/a**
**Louie, Defendant–Appellant.**

**No. 12–7003.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Llewellen Fernando Smith, Appellant Pro Se. Dana James Boente, Assistant United States Attorney, Alexandria, Virginia; Stephen Wiley Miller, Elizabeth Wu, Assistant United States Attorneys, Brian R. Hood, David John Novak, Brian L. Whisler, Office of the United States Attorney, Richmond, Virginia; Andrew Gerald McBride, Wiley Rein, LLP, Washington, DC, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Llewellen Fernando Smith appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 3:96–cr–00066–REP–20 (E.D.Va. May 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*